**FILED**

JAN 1 3 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>TRAVION AGUSTUS TAYLOR<br>WILLIAMS-EVANS<br><br>　　　　　　　　Defendant. | Case No.  16CR148-BAS<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated:  1/13/2017

_____
Hon. Mitchell D. Dembin
United States Magistrate Judge

RECEIVED IN
DOCKETING

JAN 1 8 2016